United States Court of Appeals
Fifth Circuit

**F I L E D**

March 10, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-10851

ARTHUR SINGER,

Plaintiff-Appellant,

versus

CARRINGTON LABORATORIES INC; ET AL,

Defendants,

CARRINGTON LABORATORIES INC,

Defendant-Appellee,

Appeals from the United States District Court
for the Northern District of Texas
Case No. 3:01-CV-1776-L

Before JONES, WIENER and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of the briefs, pertinent portions of the record, and oral argument. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.